# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 128 MAL 2017

      Respondent      :

                            :   Petition for Allowance of Appeal from

                            :   the **Published Opinion and Order** of

           v.                  :   the Superior Court at No. 530 MDA

                            :   2016, at 154 A.3d 803 (Pa. Super.

                            :   2017) entered on January 26, 2017,

KIM DAVID MARCH,              :   **reversing and remanding** the Order

                            :   Entered of the Berks County Court of

      Petitioner         :   Common Pleas at No. CP-06-CR-

                            :   0005650-2015 entered on March 3,

                            :   2016

## <u>ORDER</u>

**PER CURIAM**                                  **DECIDED: OCTOBER 3, 2017**

**AND NOW**, this 3rd day of October, 2017, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED** and this matter is **REMANDED** to the Superior Court for reconsideration in light of this Court's decision in *Commonwealth v. Myers*, __ A.3d __, 7 EAP 2016, 2017 WL 3045867 (Pa. July 19, 2017) and the United States Supreme Court's decision in *Birchfield v. North Dakota*, __ U.S. __, 136 S.Ct. 2160 (2016).